IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 12-cv-02566-PAB-CBS

SUPERIOR MEDICAL SUPPLY, INC.,

    Plaintiff,

v.

SUPERIOR MEDICAL COMPANY,
MICHAEL E. ARNOLD, and
MICHAEL A. DIRKSEN,

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    This matter comes before the Court on the Joint Motion to Dismiss Parties Pursuant to Settlement Agreement [Docket No. 25]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that the Joint Motion to Dismiss Parties Pursuant to Settlement Agreement [Docket No. 25] is GRANTED. It is further

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED December 20, 2012.

                                      BY THE COURT:

                                      s/Philip A. Brimmer
                                      PHILIP A. BRIMMER
                                      United States District Judge